# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-19-00585-CR
NO. 03-19-00586-CR

**William Troy Hedgecock, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 207TH DISTRICT COURT OF COMAL COUNTY,
NOS. CR2014-418 & CR2015-123,
THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant William Troy Hedgecock seeks to appeal his convictions for evading arrest with a vehicle and bail jumping and failure to appear. *See* Tex. Penal Code §§ 38.04, .10. The trial court has certified that these are plea-bargain cases and that Hedgecock has no right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed:  September 25, 2019

Do Not Publish